IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, | § | |
| JANE DOE 4, JANE DOE 5, JANE DOE 6, | § | |
| JANE DOE 7, JANE DOE 8, JANE DOE 9, | § | |
| and JANE DOE 10 | § | |
| | § | CAUSE NO. 4:18-mc-2603 |
| v. | § | |
| | § | |
| | § | |
| BAYLOR UNIVERSITY | § | |

_____

UNITED STATE DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, | § | |
| JANE DOE 4, JANE DOE 5, JANE DOE 6, | § | |
| JANE DOE 7, JANE DOE 8, JANE DOE 9, | § | |
| and JANE DOE 10 | § | |
| | § | CAUSE NO. 6:16-cv-173-RP |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| | § | |
| BAYLOR UNIVERSITY | § | |

**ORDER ON NON-PARTIES/RESPONDENTS BILL BAILEY AND THE CENIKOR FOUNDATION'S MOTION TO MODIFY SUBPOENA**

ON THIS DAY came to be heard Non-Parties/Respondents Bill Bailey and The Cenikor Foundation's Motion to Modify Subpoena. This Court, having considered the Motion, the response, if any, and argument of counsel, if any, is of the opinion that the Motion in all things should be GRANTED. It is therefore

1

ORDERED, ADJUDGED, and DECREED that Non-Parties/Respondents Bill Bailey and The Cenikor Foundation's Motion to Modify Subpoena is hereby granted. It is further

ORDERED, ADJUDGED, and DECREED that Non-Parties/Respondents Bill Bailey and The Cenikor Foundation shall comply with Plaintiffs' subpoena by 12:00 pm on October 8, 2018 or reasonable time as determined by the Court, _____.

SIGNED on _____, 2018.

_____
JUDGE PRESIDING