IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JANE DOE 1, JANE DOE 2,<br>JANE DOE 3, JANE DOE 4,<br>JANE DOE 5, JANE DOE 6,<br>JANE DOE 7, JANE DOE 8,<br>JANE DOE 9, AND JANE DOE 10<br><br>*Plaintiffs,*<br><br>vs.<br><br>BAYLOR UNIVERSITY<br><br>*Defendant.* | Cause No. 4:18-MC-2603 |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2,<br>JANE DOE 3, JANE DOE 4,<br>JANE DOE 5, JANE DOE 6,<br>JANE DOE 7, JANE DOE 8,<br>JANE DOE 9, AND JANE DOE 10<br><br>*Plaintiffs,*<br><br>vs.<br><br>BAYLOR UNIVERSITY<br><br>*Defendant.* | Cause No. 6:16-cv-173-RP<br>JURY TRIAL DEMANDED |

**PLAINTIFFS' RESPONSE TO NON-PARTIES/RESPONDENTS BILL BAILEY AND THE CENIKOR FOUNDATION'S MOTION TO MODIFY SUBPOENA**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW JANE DOES 1-10, Plaintiffs in Cause No. . 6:16-cv-173-RP-JCM (pending in the Western District of Texas, Waco Division), and file this Response to Non-Parties/Respondents Bill Bailey and The Cenikor Foundation's Motion To Modify Subpoena. (ECF 1). In support thereof,

1

Plaintiffs would show the honorable Court as follows:

Following the filing of Cenikor's Motion to Modify Subpoena, the parties were able to confer regarding document production and timing. Cenikor served responses to Plaintiffs' subpoena duces tecum on October 8, 2018, rendering the complaint regarding time for compliance moot. Plaintiffs are in the process of reviewing the responses and documents received. At this time, there is no need for Court intervention. Plaintiffs will file a Motion to Compel should they determine that such is necessary once review of production has been completed.

## CONCLUSION

For the foregoing reasons, Plaintiffs request that the Court deny Cenikor's Motion as moot.

Respectfully submitted,

 /s/ Chad W. Dunn
**BRAZIL & DUNN, L.L.P.**
Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
4201 Cypress Creek Pkwy., Suite 530
Houston, Texas 77068
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
chad@brazilanddunn.com

**AND**

**DUNNAM & DUNNAM, L.L.P.**
Jim Dunnam
State Bar No. 06258010
4125 West Waco Drive
Waco, Texas 76710
Telephone: (254) 753-6437
Facsimile: (254) 753-7434
jimdunnam@dunnamlaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing has been filed by ECF and sent to counsel of record via electronic notification on October 9, 2018.

                                                /s/Chad W. Dunn
                                                CHAD W. DUNN